# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge **Percy Anderson** and to

Magistrate Judge **Victor B. Kenton**.

The case number on all documents filed with the Court should read as follows:

### 2:15−cv−02828 PA(VBKx)

Pursuant to General Order 05−07 of the United States District Court for the Central District of California, the assigned magistrate judge may be designated to hear discovery−related matters. All discovery motions should be noticed on the calendar of the magistrate judge unless otherwise directed by the assigned district judge's Procedures and Schedules on the court's website at www.cacd.uscourts.gov. You should review the Judges' Procedures and Schedules of the assigned district judge prior to filing any discovery documents.

|  |  |
|---|---|
|  | Clerk, U.S. District Court |
| April 17, 2015<br>Date | By /s/ *Edwin Sambrano*<br>Deputy Clerk |

---

### ATTENTION

*Upon receipt of this Notice, the party who electronically filed the case−initiating document in this case must promptly deliver mandatory chambers copies of all previously filed documents to the assigned judge(s). See L.R. 5−4.5. A copy of this Notice should be attached to the first page of the mandatory chambers copy of the case−initiating document.*

*In addition, the same party must serve a copy of this Notice on all parties served with the Summons and Complaint (or, in cases removed from state court, on all parties served with the Notice of Removal).*

---