JOHN P. KRISTENSEN (SBN 224132)
DAVID L. WEISBERG (SBN 211675)
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025
Telephone: 310-507-7924
Fax: 310-507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*

*Attorneys for Plaintiff and all others similarly situated*

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SONIA MOMITA, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>GRAND BAHAMA CRUISE LINE, LLC; and DOES 1 through 20, inclusive, and each of them,<br><br>    Defendants. | Case No. 2:15-cv-02828<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**[Fed. R. Civ. Pro., Rule 41(a)(1)(A)(i)]**<br><br>Assigned to the Hon. Percy Anderson<br><br>Complaint Filed on April 16, 2015 |

///
///
///
///
///
///

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
PURSUANT TO FRCP RULE 41(A)(1)(A)(I)**
-1-

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), plaintiff Sonia Momita dismisses this action **without prejudice**.  This notice is being filed and server prior to defendant Grand Bahama Cruise Line, LLC ("Defendant" or "Grand Bahama") being served with the Summons and Complaint and prior to Defendant filing an answer, motion for summary judgment or motion to dismiss.  Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

Dated:  April 23, 2015           Respectfully submitted,

                    By: */s/ John P. Kristensen*

                         John P. Kristensen (SBN 224132)
                         *john@kristensenlaw.com*
                         David L. Weisberg (SBN 211675)
                         *david@kristensenlaw.com*
                         **KRISTENSEN WEISBERG, LLP**
                         12304 Santa Monica Blvd., Suite 100
                         Los Angeles, California 90025
                         Telephone:  (310) 507-7924
                         Fax:  (310) 507-7906

                         Attorneys for Plaintiffs